James Foley and Margaret Foley, appellees, v. Anton Mikaljunas and Anton Spaitis, appellants. Gen. No. 33,222.

Opinion filed April 1, 1929.

John T. Zuris and Lyman M. Paine, for appellants. Joseph F. Elward, for appellees.

Mr. Presiding Justice O'Connor delivered the opinion of the court.

Henry J. Paschen, appellee, v. Material Cartage Company, appellant. Gen. No. 33,111.

Opinion filed April 1, 1920.

John A. Bloomingston, for appellant. J. B. Luse, for appellee.

Mr. Justice McSurely delivered the opinion of the court.

Effie Poe, appellee, v. Joseph Marciniak, appellant. Gen. No. 33,297.

O'Connor, P. J., dissents. Opinion filed April 1, 1929. Rehearing denied April 13, 1929.

Henry Pollenz, for appellant; Otto Ade Arnston, of counsel. James C. O'Brien, for appellee.

Mr. Justice McSurely delivered the opinion of the court.

Barney B. Libman, appellee, v. Irving I. Cohen, appellant. Gen. No. 33,330.

Opinion filed April 1, 1929.

Louis A. Sherman, for appellant; Maurice L. Lewis and Preston Clark, of counsel. Schimberg & Harrison, for appellee; Nathan Harrison, of counsel.

Mr. Justice McSurely delivered the opinion of the court.